■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL DIXON, Appellant. — Judgment unanimously affirmed (see *People v Kinchen,* 60 NY2d

772). (Appeal from judgment of Monroe County Court, Bergin, J. — manslaughter, first degree.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Moule, JJ.